# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Vitol, Inc.

                            Plaintiff,

v.                                                           Case No.: 1:24−cv−01492
                                                               Honorable Manish S. Shah

Vega Capital London Limited, et al

                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, April 3, 2024:

      MINUTE entry before the Honorable Manish S. Shah: Motion hearing held on Non−Party Vitol Inc.'s Motion to Quash Defendant Vega Capital London Limited's Subpoena to Produce Documents, Information, or Objects [1]. Court takes the motion under advisement and will issue a ruling in due course. Mailed notice. (pk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.