IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| VITOL, INC., | § § § | |
| Plaintiff, | § § | |
| v. | § § | Case No. 1:24-cv-01492 |
| VEGA CAPITAL LONDON LTD., *et al.*, | § § § | |
| Defendants. | § | |

### NOTICE OF MOTION

PLEASE TAKE NOTICE that on May 22, 2024 at 9:45 a.m., or as soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable Manish S. Shah in Courtroom 1919 of the Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, Illinois 60604, and then and there present Vitol's Unopposed Motion for Leave to Submit Additional Argument in Support of its Motion to Quash Defendants' Subpoena.

Dated: May 16, 2024

Respectfully submitted,

**VITOL, INC.**

By */s/ P. Russell Perdew*

P. Russell Perdew
Bella Seeberg
Locke Lord LLP
111 S. Wacker Drive
Chicago, Illinois 60606
rperdew@lockelord.com
bella.Seeberg@lockelord.com
(312) 443-1712