UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
Eastern Division

Vitol, Inc.

                                  Plaintiff,

v.                                                           Case No.: 1:24–cv–01492
Honorable Manish S. Shah

Vega Capital London Limited, et al

                                  Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, May 30, 2024:

      MINUTE entry before the Honorable Manish S. Shah: For the reasons stated in open court, Vitol's motion to quash subpoena [1] is granted, except as follows: Vitol is ordered to respond and produce documents as follows: 1) documents sufficient to show Vitol's understanding of storage at Cushing for the May WTI contract as of April 20, 2020; 2) documents sufficient to show whether and when Vitol thought the price for the May WTI contract would go negative; and 3) documents sufficient to show Vitol's communications with CME, the New York Mercantile Exchange, or the Intercontinental Exchange about the May 2020 WTI contract, limited to notices received from those entities, Vitol's responses to those entities, and correspondence with those entities about the April 20, 2020 and April 21, 2020 trading in the May 2020 WTI contract. Vitol must comply with document production by 7/9/24. No fees are awarded in connection to the motion. Notices Mailed. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.