UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| VITOL INC.,<br><br>    *Movant,*<br><br>v.<br><br>VEGA CAPITAL LONDON LIMITED and ADRIAN SPIRES,<br><br>    *Respondents.* | Case No. 1:24-cv-01492<br><br>(Arising from Civil Case No. 1:20-cv-04577 in the United States District Court for the Northern District of Illinois)<br><br>Hon. Manish S. Shah |

**RESPONDENTS VEGA CAPITAL LONDON LIMITED
AND ADRIAN SPIRES' UNOPPOSED MOTION
TO FILE CERTAIN DOCUMENTS UNDER SEAL**

Pursuant to Local Rules 5.8 and 26.2, Respondents Vega Capital London Limited ("Vega") and Adrian Spires ("Spires") hereby move to file their Motion for Reconsideration Based on Newly Disclosed Evidence, their Declaration, and their accompanying Exhibits under seal. The motion to file under seal is unopposed. In support of the request, Vega and Spires state as follows:

1. Today, Vega and Spires are filing their Motion for Reconsideration Based on Newly Disclosed Evidence, which will be accompanied by a Declaration and five supporting Exhibits. Some of the information referenced in Vega and Spires' Motion, Declaration, and Exhibits have been marked by Vitol Inc. as Confidential pursuant to the Stipulated Protective Order ("Protective Order"), entered by the Court in the related case, *Mish International Monetary, Inc. v. Vega Capital London Limited*, No. 1:24-cv-04577, ECF 24 at §§ 4.2, 4.3.

2. After consulting with counsel for Vitol Inc., Vega and Spires will file a publicly-available Motion, Declaration, and Exhibits with redactions of the material designated as Confidential.

1

3. In accordance with Local Rule 26.2(c), an unredacted copy of the Motion, Declaration, and Exhibits have been provisionally filed electronically under seal.

4. Counsel for Vega and Spires emailed Counsel for Vitol Inc. and asked whether it consented to this motion to seal. Counsel for Vitol Inc. consented to the motion.

Respondents Vega Capital London Limited and Adrian Spires respectfully request that the Court grant their motion for leave to file their Motion for Reconsideration Based on Newly Disclosed Evidence, their Declaration, and their accompanying Exhibits under seal.

Dated: September 10, 2024

Respectfully submitted,

VEGA CAPITAL LONDON LIMITED
and ADRIAN SPIRES

By: */s/ Michael P. Kelly*
Michael P. Kelly
AKERMAN LLP
750 Ninth Street, N.W., Suite 750
Washington, DC 20001
(202) 393-6222
michael.kelly@akerman.com

Shawn M. Taylor
AKERMAN LLP
71 S. Wacker Drive, 47th Floor
Chicago, IL 60606
(312) 634-5700
shawn.taylor@akerman.com

*Attorneys for Vega Capital London Limited and Adrian Spires*