UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| VITOL INC.,<br><br>*Movant,*<br><br>v.<br><br>VEGA CAPITAL LONDON LIMITED and ADRIAN SPIRES,<br><br>*Respondents.* | Case No. 1:24-cv-01492<br><br>(Arising from Civil Case No. 1:20-cv-04577 in the United States District Court for the Northern District of Illinois)<br><br>Hon. Manish S. Shah |

### VEGA CAPITAL LONDON LIMITED AND ADRIAN SPIRES' NOTICE OF MOTION

PLEASE TAKE NOTICE that on Tuesday, September 17, 2024 at 9:45 a.m., or as soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable Manish S. Shah at the Everett McKinley Dirksen U.S. Courthouse, Room 1919, 219 South Dearborn Street, Chicago, Illinois 60604, and then and there present Respondents Vega Capital London Limited and Adrian Spires' Motion for Reconsideration Based on Newly Disclosed Evidence.

Dated: September 10, 2024

Respectfully submitted,

VEGA CAPITAL LONDON LIMITED
and ADRIAN SPIRES

By: */s/ Michael P. Kelly*
Michael P. Kelly
AKERMAN LLP
750 Ninth Street, N.W., Suite 750
Washington, DC 20001
(202) 393-6222
michael.kelly@akerman.com

Shawn M. Taylor
AKERMAN LLP
71 S. Wacker Drive, 47th Floor
Chicago, IL 60606
(312) 634-5700
shawn.taylor@akerman.com

*Attorneys for Vega Capital London Limited and Adrian Spires*

1