# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Vitol, Inc.

                        Plaintiff,

v.                                                 Case No.: 1:24–cv–01492
                                                         Honorable Manish S. Shah

Vega Capital London Limited, et al

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, September 12, 2024:

      MINUTE entry before the Honorable Manish S. Shah: The motion for leave to file under seal [25] is granted, and no appearance on 9/17/24 is necessary. Vitol may file a written response to the motion to reconsider by 9/23/24. No reply is permitted unless requested by the court. Based on a preliminary review, the court is not convinced that Vitol's interaction with CME is inconsistent with independent trading by Vitol traders, but lifting the redactions on some communications related to CME may not be burdensome. Notices Mailed. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.