# EXHIBIT 4

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MISH INTERNATIONAL MONETARY INC., on behalf of itself and all others similarly situated,<br><br>*Plaintiff*,<br><br>*v.*<br><br>VEGA CAPITAL LONDON, LTD., *et al.*,<br><br>*Defendants*. | Case No. 1:20-cv-04577<br><br>Judge: Hon. Manish S. Shah |

### NOTICE OF RULE 45 SUBPOENAS

**PLEASE TAKE NOTICE** that, pursuant to Rules 26 and 45 of the Federal Rules of Civil Procedure, Plaintiff Mish International Monetary Inc., by and through its counsel, hereby provides notice of its intent to issue and serve Rule 45 subpoenas to the below identified entities. Copies of the subpoenas are attached hereto.

- ABN Amro Clearing USA LLC
- ADM Investor Services, Inc.
- Advantage Futures LLC
- Barclays Capital Inc.
- BMO Capital Markets Corp.
- BNP Paribas Securities Corp.
- Boci Commodities Futures (USA) LLC
- Bofa Securities Inc.
- BP Products North America Inc.
- CHS Hedging, LLC
- Citigroup Global Markets Inc.

- Clear Street LLC
- Credit Suisse International and Credit Suisse Securities (USA) LLC
- Deutsche Bank AG and Deutsche Bank Securities Inc.
- Direct Access USA LLC
- Dorman Trading, L.L.C.
- Eagle Market Makers, Inc.
- Gelber Group, LLC
- G.H. Financials, LLC
- Goldman Sachs & Co. LLC
- Hidden Road Partners CIV US LLC
- HSBC Securities (USA) Inc.
- Interactive Brokers LLC
- Ironbeam, Inc.
- J.P. Morgan Securities LLC
- Jump Trading Futures, LLC
- Logista Clearing Corporation LLC
- Macquarie Futures USA LLC
- Marex Capital Markets Inc.
- Mizuho Securities USA LLC
- Morgan Stanley & Co. LLC
- Nanhua USA, LLC
- Natwest Markets Securities Inc.
- Nomura Securities International, Inc.

- Phillip Capital Inc.
- Plus500US Financial Services, LLC
- Proxima Clearing, LLC
- R.J. O'Brien & Associates Inc. and R.J. O'Brien & Associates, LLC
- RBC Capital Markets, LLC
- Robinhood Derivatives, LLC and Marex North America LLC
- Santander Investment Securities Inc.
- Scotia Capital (USA) Inc.
- SG Americas Securities, LLC
- Skylar Clearing, LLC
- Standard Chartered Bank and Standard Chartered Securities (North America) LLC
- StoneX Group Inc. and StoneX Financial Inc.
- Straits Financial LLC
- Term Commodities Inc.
- TradStation Securities, Inc.
- UBS Securities LLC
- Wedbush Securities, Inc.
- Wells Fargo Securities, LLC

Dated: August 20, 2024

*/s/ Matthew Kuipers*
Christopher Lovell
Matthew Kuipers
**LOVELL STEWART HALEBIAN JACOBSON LLP**
500 Fifth Avenue, Suite 2440
New York, New York 10110
Telephone: (212) 608-1900
***Counsel for Plaintiff***